**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7249**

_____

WILLIAM WEBB,

Petitioner - Appellant,

versus

LLOYD WATERS, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-
1143)

_____

Submitted: December 11, 1997       Decided: December 31, 1997

_____

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

William Webb, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARY-
LAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Webb v. Waters</u>, No. CA-97-1143 (D. Md. Aug. 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>